FILED

2009 AUG 14  PM 2:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  Fred Hickman  (#124406)
2      fhickman@afrct.com
   ANGLIN, FLEWELLING, RASMUSSEN,
3      CAMPBELL & TRYTTEN LLP
4  199 S. Los Robles Avenue, Suite 600
   Pasadena, California  91101-2459
5  Tel: (626) 535-1900, Fax: (626) 577-7764

6  Attorneys for Defendant,
7  WORLD SAVINGS BANK, FSB,
   renamed and now known as
8  WACHOVIA MORTGAGE, FSB

9              UNITED STATES DISTRICT COURT
10
11    CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

12  FREDDIE C. VISCARA, JR and       Case No.
13  EVANGELINA ASUNCION-
    VISCARA,                         CV09-5949 RGK (Ex)
14
15          Plaintiffs,              NOTICE OF REMOVAL BY
                                     DEFENDANT WORLD SAVINGS
16      vs.                          BANK, FSB, renamed and now
                                     known as WACHOVIA
17                                   MORTGAGE, FSB, PURSUANT
    WACHOVIA MORTGAGE, FSB;          TO 28 U.S.C. §1441(b) & § 1331
18  WORLD SAVINGS BANK, FSB; CAL-
19  WESTERN RECONVEYANCE            [FEDERAL QUESTION]
    CORPORATION and DOES 1 through
20  50, inclusive,
21          Defendants.
22
23
24  TO PLAINTIFFS THROUGH THEIR COUNSEL OF RECORD, TO THE
25  CLERK OF THE ABOVE-ENTITLED COURT, AND TO THE HONORABLE
26  UNITED STATES DISTRICT JUDGE, AS ASSIGNED:
27      PLEASE TAKE NOTICE that defendant WORLD SAVINGS, FSB,
28  renamed and now known as WACHOVIA MORTGAGE, FSB, a federal savings

J:\Docs\95451.180\Notice of Removal-173864.doc          1          NOTICE OF REMOVAL

1    bank ("Wachovia"), hereby provides Notice of Removal pursuant to 28 U.S.C.

2    §1441 (a)-(c), and hereby removes to this Court the state court action described

3    below.

4        1.    JURISDICTION.  As more particularly set forth below, this court

5    has jurisdiction of this case under 28 U.S.C. §1331 because claims arising under

6    the laws of the United States (*inter alia*, 15 U.S.C. §1601, *et seq.*) are being

7    made.

8        2.    On January 30, 2009, Plaintiffs filed case number 1274663 in the

9    Superior Court of the State of California for the County of Santa Barbara – Santa

10   Maria Courthouse (the "State Court Action"), entitled as captioned above.  A

11   copy of the Complaint in the State Court Action is attached as Exhibit A.

12   Wachovia did not appear in the State Court Action. Cal-Western Reconveyance

13   Corporation appeared in the State Court Action by way of a Trustee's

14   Declaration of Non-Monetary Status. Attached as Exhibit B are all other papers

15   from the State Court Action, which are the Summons, Civil Case Cover Sheet,

16   Notice of Action Pending (Lis Pendens), Proof of Service of Summons (on Cal-

17   Western), and defendant Cal-Western Reconveyance Corporation's Declaration

18   of Non-Monetary Status.

19       3.    At Paragraph 19 of the Complaint, the first claim for relief asserts

20   that WACHOVIA violated a number of federal statutes in making the loan to

21   Plaintiffs, including:  15 U.S.C. §1637 (the Home Ownership and Equity

22   Protection Act ("HOEPA")), 15 U.S.C. §1601, *et seq.* (the Truth in Lending Act,

23   ("TILA")), and 15 U.S.C. §41 *et seq.* (the Federal Trade Commission Act), and

24   that plaintiff is entitled to damages and rescission based on these violations,

25   among others.  All seven causes of action include by reference these federal

26   questions as the basis, in large part, of the claims.  Thus, claims arising under the

27   laws of the United States, *i.e.*, federal questions, are presented, which gives this

28   court jurisdiction over the claims under 28 U.S.C. §1331 and makes the State

1    Court Action removable to this court under 28 U.S.C. §1441(a) and (b), in

2    addition to jurisdiction over the supplemental state law claims under 28 U.S.C.

3    §1441(c).

4         4.    This Notice is timely, pursuant to 28 U.S.C. §1446(b). Wachovia

5    was served with process, *i.e.*, service of the summons and complaint of the State

6    Court Action, on or after July 16, 2009. Cal-Western Reconveyance Corp. joins

7    in this removal, by a consent to removal or joinder filed simultaneously with this

8    notice. No joinder of any other defendants unserved in the State Court Action is

9    required, none other exist, according to Plaintiffs' counsel, and none such are

10   known. *Salveson v. Western States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th

11   Cir. 1984).

12        5.    Pursuant to 28 U.S.C. §1446(a), Wachovia files this Notice in the

13   District Court of the United States for the district in which the State Court

14   Action is pending, and in the Division of the District Court as provided by Local

15   Rule.

16        6.    Pursuant to 28 U.S.C. §1446(d), a copy of this Notice with its

17   attachments will promptly be served on counsel for plaintiffs in the State Court

18   Action and notice of this removal will be filed with the clerk of the Superior

19   Court of California where the action had been pending.

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    WHEREFORE, Wachovia hereby removes the case from the Superior

2  Court of California for the County of Santa Barbara to the United States District

3  Court for the Central District of California, Western Division.

4

5  Dated: August 14, 2008

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: _____
Fred Hickman
fhickman@afrct.com
Attorneys for Defendant WORLD SAVINGS
BANK, FSB, renamed and now known as
WACHOVIA MORTGAGE, FSB

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

07/16/2009  13:56    9518489120                    JCASSOCIATES                            PAGE  02
                                                                                           PAGES
01-30-2009 08:01   SANDRA 909620  '83

1  James Curtis, SBN: 140709
   **JAMES CURTIS & ASSOCIATES**
2  7121 Magnolia Avenue
   Riverside, CA 92504
3  Telephone: (951) 781-2700
   Facsimile: (951) 848-9120
4

5  Attorneys for Plaintiffs,
   FREDDIE C. VISCARA, JR. and EVANGELINA ASUNCION-VISCARA
6

7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                      **COUNTY OF SANTA BARBARA**

10
                                                    CASE NO.:    **1274663**
11 FREDDIE   C.   VISCARA,   JR  and )
   EVANGELINA ASUNCION-VISCARA,      )
12                                   )            **COMPLAINT FOR:**
                   Plaintiffs,       )
13                                   )            1.   **DECLARATORY RELIEF**
   vs.                               )            2.   **VOID, CANCEL AND SET**
14                                   )                 **ASIDE:**
   WACHOVIA MORTGAGE, FSB; WORLD     )                 **(a) NOTICE OF TRUSTEE'S**
15 SAVINGS BANK, FSB; CAL-WESTERN    )                 **SALE UNDER DEED OF**
   RECONVEYANCE CORPORATION and      )                 **TRUST;**
16 DOES 1 through 50, inclusive,     )                 **(b) NOTICE OF DEFAULT AND**
                                     )                 **ELECTION TO SELL**
17                 Defendants.       )                 **UNDER DEED OF TRUST**
   ————————————————————             )            3.   **CANCELLATION OF**
18                                                    **INSTRUMENTS**
                                                 4.   **QUIET TITLE TO REAL**
19                                                    **PROPERTY**
                                                 5.   **ACCOUNTING**
20                                               6.   **INJUNCTIVE RELIEF**
                                                      **(a)  Temporary Restraining**
21                                                    **Order**
                                                      **(b)  Preliminary Injunction**
22                                               7.   **DAMAGES:**
                                                      **(a)  General**
23                                                    **(b)  Compensatory**
                                                      **(c)  Bad Faith Foreclosure**
24                                                    **(d)  Violation f Statute(s)**

25

26         COMES NOW, Plaintiffs, FREDDIE C. VISCARA, JR and EVANGELINA ASUNCION-

27 VASCARA, who for cause of action against defendants, and each of them, alleges and state as

28 follows:

   ——————————————————————————————————————————————

                   **COMPLAINT FOR DECLARATORY RELIEF**
                                    1

07/16/2009  13:56   9516465120              : JCASSOCIATES                    PAGE  03

## GENERAL ALLEGATIONS

1.    Plaintiffs, FREDDIE C. VISCARA, JR and EVANGELINA ASUNCION-VISCARA, are individuals residing in the City of Santa Maria, County of Santa Barbara, State of California, being within the statutory jurisdiction of the Court.

2.    Plaintiffs are informed and believe and based thereon alleges that defendants:

(a)    WACHOVIA MORTGAGE CORPORATION, is a North Carolina Corporation, herein referred to as WACHOVIA, successor in interest to WORLD SAVINGS, INC., and is doing business within the County of Santa Barbara, State of California, and is engaged in the business of home financing, and as a consequence thereof has submitted itself to and is within the in personam jurisdiction of this court.

(b)    WORLD SAVINGS, INC., herein referred to as WORLD, is a California Corporation predecessor in interest to WACHOVIA, and is doing business within the County of Santa Barbara, State of California, and is engaged in the business of home financing, and as a consequence thereof has submitted itself to and is within the in personam jurisdiction of this Court.

3.    Plaintiffs are informed and believes and based thereon alleges that defendant, CAL-WESTERN RECONVEYANCE CORPORATION, hereinafter referred to as "CAL-WESTERN," is a California Corporation,  and is doing business within the County of Santa Barbara, State of California, and is engaged in the business of foreclosure and reconveyance services, and as a consequence thereof has submitted itself to and is within the in personam jurisdiction of this Court.

4.    The true names and capacities, whether individual corporate associate or otherwise of defendants, names herein as Does 1 through 50, are unknown to Plaintiff at this time, who therefore, sues said defendants by such fictitious names.  Plaintiffs will seek leave of Court to amend this Complaint to show the true names; capacities and relationship of said fictitious defendants when same have been ascertained.

5.    Plaintiffs are informed and believe, and based thereon alleges, that each of the defendants designated herein by a fictitious name are responsible in some manner for the acts, events and occurrences referred to herein.

---

**COMPLAINT FOR DECLARATORY RELIEF**

2

07/16/2009  13.56    9518489120              JCASSOCIATES                              PAGE  04



1        6.    Plaintiffs are further informed and believe and based hereon alleges that at all times

2    mentioned, Defendants named herein as DOES 1 to 50, and each of them, were the agents, servants,

3    employees, representatives, associates and/or joint venturers of one another, and that at all such

4    times, in doing the acts and making the representations alleges herein, defendants were each,

5    respectively and collectively, acting within the course and scope of said agency, servitude,

6    employment and/or joint venture, with a mutual and common purpose, for the direct and indirect

7    benefit of each of their several co-defendants, with the full knowledge, consent, ratification, and

8    approval of each of their several co-defendants, and in so acting, through direct assignment,

9    nomination or succession in interest, is jointly and severally responsible for all said acts or

10   representations made by one another.

11       7.    The real property which is the subject of this lawsuit, and which is hereinafter

12   referred to as the "subject real property," is a single family residence commonly known as 354

13   Crescent Avenue, City of Santa Maria, County of Santa Barbara, State of California, and is legally

14   described as:

15       Lot 31 of Tract 12012, Unit No. 1, in the County of Santa Barbara, State of California, State
     of California, as per map recorded in Book 94, Pages 7, 8 and 9 of Maps, in the office of the County
16   Recorder of said County.

17       EXCEPTING THEREFROM all oil, gas and hydrocarbon substances, minerals and oil and
     mineral rights in and under said land lying below a depth of 500 feet below the surface of said land,
18   but without the right of entry upon said land, as reserved by Dolores Eames, et ux., in deed recorded
     in Bok 1949, Page 877 of Official Records.
19

20       8.    The "subject real property" is owned by Plaintiffs, FREDDIE C. VISCARA, JR and

21   EVANGELINA ASUNCION-VISCARA, since their purchase of said property on or about August

22   17, 2006, copy of the Grant Deed that vests fee simple title in Plaintiffs is attached as **Exhibit A**, and

     incorporated herein by reference.
23   ///

24   ///

25   ///

26   ///

27   ///

28

---

**COMPLAINT FOR DECLARATORY RELIEF**
3

07/16/2009  13.56   9518489126                    JCASSUCIATES                    PAGE  05

## FIRST CAUSE OF ACTION

### For Declaratory Relief
(Against All Defendants)

9.    Plaintiffs hereby restate and replead the allegations contained in Paragraphs 1 through 8, inclusive, of the General Allegations and incorporate same herein by reference as though set forth in full and at length.

10.    On or about August 17, 2006, Plaintiffs are alleged to have executed certain loan documentation documents, among which was a certain Promissory Note document, in conjunction with a purchase money loan in the approximate principal sum of $431,500.00, utilized for the purchase of the "subject real property," a copy of which is presently not available to Plaintiffs, inasmuch as at the time of their purported execution of said Promissory Note there was not provided a copy thereof, nor was one provided to them thereafter.

11.    On or about August 17, 2006, Plaintiffs are alleged to have executed certain loan documentation documents, among which was a certain Deed of Trust document in conjunction with a purchase money loan in the principal sum of $431,500.00, utilized for the purchase of the "subject real property," a copy of which was not provided to them at the time of their purported execution thereof, but which was just recently obtained by Plaintiffs direct from the office of the County Recorder. A copy of the recorded Deed of Trust is attached hereto as **Exhibit B** and incorporated herein by reference.

12.    At the time and place where the above referenced Promissory Note and Deed of Trust documents were alleged signed by Plaintiffs, Plaintiffs were not then, nor are they now conversationally fluent in nor could they readily read or understand the English language. Plaintiffs' primary language for writing and communication was and is Spanish.

13.    At the time the Promissory Note and Deed of Trust documents were purportedly signed by Plaintiffs, all loan documentation related thereto, including but not limited to the deed of trust, promissory note, loan disclosures, escrow instructions, good faith estimates of costs and expenses, was all written exclusively in the English language. In violation of California Civil Code §1632, defendants, and each of them, failed to provide Plaintiffs with the contract or agreement in

---

**COMPLAINT FOR DECLARATORY RELIEF**
4

07/16/2009  13:56    9518489120                    JCASSOCIATES                    PAGE  06



1   Spanish, being the language in which the contract or agreement was negotiated, nor were Plaintiffs

2   provided a translation of each of the disclosures required by law, in the Spanish language in which

3   the contract or agreement was negotiated.

4       14.    Pursuant to Civil Code §1632, the above referenced Promissory Note and Deed of

5   Trust is therefore voidable and subject to statutory rescission and damages.  Plaintiffs hereby demand

6   statutory recission and damages as provided by law.

7       15.    Neither prior to nor after the Promissory Note and Deed of Trust documents were

8   purportedly signed by Plaintiffs, were they informed or advised by any agent, employee or

9   representative of WORLD, the originating lender, or any successor interest, what the true interest

10   rate, loan repayment terms, costs and fees for the loan were.

11       16.    At no time during the loan transaction process was it never disclosed to Plaintiffs by

12   any agent, employee or representative of the originating lender, that the loan contained a yield spread

13   premium (YSP) provision, the cost of which was to be paid by Plaintiffs as added points and fees in

14   connection with their residential mortgage loan, nor were these additional costs ever disclosed to

15   Plaintiffs in the loan disclosure documentation as required by law, nor in the loan escrow

16   documentation or escrow closing statement(s), all in violation of California's Predatory Lending

17   Law, as set forth in Financial Code, §4970, et seq.

18       17.    Other crucial terms regarding the loan documentation were also never fully explained

19   to Plaintiffs, if at all, as required by statute, including the exact interest rate set forth in the

20   Promissory Note, how and when any adjustments to that interest rate and the recurring monthly

21   payment would occur, what index or basis would be used for calculating any such interest rate

22   adjustments, nor what the effect of any negative amortization would be.

23       18.    It was not disclosed or explained to Plaintiffs by any agent, employee or

24   representative of the original lender, what the negative effect to their home equity would be in the

25   event that the scheduled or option ARM monthly payments were not sufficient to pay all accruing

26   interest, resulting in an ever increasing balance owing on the loan and eventually the total dissipation

27   of Plaintiffs' home equity.

28       19.    Plaintiffs are informed and believe and based thereon alleges that the original lender,

**COMPLAINT FOR DECLARATORY RELIEF**
5

07/16/2009  13:56    9518489120              JCASSOCIATES                          PAGE  07



1  of WORLD, its successors in interest by agency, assignment, nomination or appointment, being the

2  current beneficiary of its servicing agent, have engaged in deceptive loan practices with respect to

3  Plaintiffs, in knowing violation of the Home Ownership and Equity Protection Act ("HOEPA"), 15

4  U.S.C., Section 1637, and the Truth In Lending Action ("TILA"), 15 U.S.C. Section 1601-1667f, and

5  Federal Reserve, Regulation-Z, 12 CFR 226.23(a)(3), and the Federal Trade Commission Act

6  ("FTC"), 15 U.S.C. Sections 41-58.  The full details of these violations are presently unknown to

7  Plaintiffs, however, when these facts are ascertained through discovery and investigation, this

8  complaint will be amended with leave of court to allege those facts.

9          20.    An actual controversy has arisen and now exists between Plaintiffs and Defendants,

10  regarding their respective rights, duties and obligations under the above referenced Promissory Note,

11  Deed of Trust, and related loan documentation and this controversy can only be resolved by the

12  intervention of this Court.  Plaintiffs allege that defendants and each of them are prohibited by law

13  from attempting to enforce any provisions of the above referenced documents, including the non-

14  judicial foreclosure of Plaintiff's real property, until this controversy has been fully adjudicated and

15  resolved by this Court, whereas defendants contend that they are nevertheless immediately entitled to

16  fully enforce those provisions.

17

18                          **SECOND CAUSE OF ACTION**

19              **Set Aside Notice of Default & Notice of Trustee's Sale**
                (As against defendants, WACHOVIA and CAL-WESTERN)
20

21          21.    Plaintiffs hereby restate and replead the allegations contained in Paragraphs 1 through

22  8, inclusive of the General Allegations, and Paragraphs 10 through 20, inclusive, of the First Cause

23  of Action, and incorporate same herein by reference as through set forth here in full and at length.

24          22.    On or about August 15, 2008,  defendant CAL-WESTERN, acting on behalf of

25  defendant, WORLD, and/or its successors in interest by agency, assignment, nomination or

26  appointment, caused a "NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF

27  TRUST" document to be recorded in the Office of the County Recorder of Santa Barbara County, as

28  Instrument No.: 2008-0048490.  A copy of said Notice is attached hereto as **Exhibit C** and

---

Exhibit A to Notice of Removal
page 10



1 │ incorporated herein by reference.

2 │      23.     Pursuant to the requirements of California Civil Code §2924, defendant,

3 │ CAL-WESTERN and/or its principal WORLD, and/or its successors in interest by agency,

4 │ assignment, nomination or appointment, were required to serve a copy of the Notice on Plaintiffs, the

5 │ record owners.  Defendants, either negligently or intentionally, failed to comply with the

6 │ requirements of the statute by not timely serving said notice in the manner prescribed by law.

7 │      24.     On January 16, 2009,  defendant, CAL-WESTERN, acting on behalf of

8 │ defendant WACHOVIA,  successor in interest to WORLD, caused a NOTICE OF

9 │ TRUSTEE'S SALE document to be recorded in the Office of the County Recorder of Santa Barbara

10 │ County, as Instrument No.: 2009-0002137.  A copy of the Notice is attached hereto as **Exhibit D** and

11 │ incorporated herein by reference.

12 │      25.     Pursuant to the requirements of California Civil Code §2924, defendant

13 │ CAL-WESTERN, and/or its principal WACHOVIA, successor in interest to WORLD, was required

14 │ to serve a copy of the Notice on Plaintiffs, the record owners. Defendants, either negligently or

15 │ intentionally, failed to comply with the requirements of the statute by not timely serving said notice

16 │ in the manner prescribed by law.

17 │      26.     Plaintiffs are informed and believe and based thereon alleges that defendants

18 │ WACHOVIA, successor in interest to WORLD and CAL-WESTERN, based their authorization to

19 │ cause the recording of the above referenced NOTICE OF TRUSTEE'S SALE and NOTICE OF

20 │ DEFAULT AND ELECTION TO SALE UNDER DEED OF TRUST, on the intricate provisions and

21 │ text of the Deed of Trust and Promissory Note documents identified in Paragraphs 10 and 11 above.

22 │      27.     Plaintiffs allege that the Deed of Trust and Promissory Note were the product of

23 │ multiple violations of statutes and were derived through a process of predatory lending practices by

24 │ defendant, WORLD, and is subject to all the defenses and offsets provided by statute, which

25 │ therefore accrue by assignment or succession as against all successors in interest to those documents,

26 │ and is binding against all such defendants including defendant WACHOVIA.  Plaintiffs therefore

27 │ allege that any and all provisions contained in those documents which purport to authorize the

28 │ commencement of a non-judicial foreclosure are unenforceable at law and in equity.

---

**COMPLAINT FOR DECLARATORY RELIEF**

7



28.    As a consequence of the defective underlying Deed of Trust and Promissory Note, the
NOTICE OF TRUSTEE'S SALE recorded on January 16, 2009, as well as the NOTICE OF
DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST recorded on August 15, 2008,
are void and unenforceable and should be ordered cancelled inasmuch as no action by defendants to
initiate or conclude a non-judicial foreclosure pursuant to those documents is permissible.

29.    By the act of commencing a non-judicial foreclosure under California Civil Code
§2924 et seq., defendants CAL-WESTERN and WACHOVIA, successor in interest to WORLD,
being the current beneficiary or servicing agent of the above referenced Deed of Trust (Exhibit B)
and Promissory Note, has thereby affirmatively represented to Plaintiffs that they, and each of them,
possess the contractual and legal authority to demand and receive payment of the sums claimed
owing under those commercial instruments.

30.    By the act of initiating a non-judicial foreclosure under California Civil Code §2924,
et seq., defendant WACHOVIA as the current beneficiary or servicing agent of the above referenced
Deed of Trust and Promissory Note, has represented to Plaintiffs that is in the possession of the
original Promissory Note secured by the hereinabove referenced Deed of Trust (Exhibit B) and that
all commercial rights to receive, demand and enforce payment under the terms of that Promissory
Note as same is set forth in California Commercial Code §3301 & 3309, have been duly assigned to
it of record and that prior to the commencement of the non-judicial foreclosure the Promissory Note
was in fact delivered to defendant CAL-WESTERN,  the foreclosure trustee, who now has
possession of the original promissory note and did so before commencement of the foreclosure
process.

31.    Plaintiffs are informed and believe and based thereon allege that in fact neither
defendant, CAL-WESTERN or defendant, WACHOVIA, are now in possession of the original
Promissory Note, and that said original Note has heretofore been sold, collateralized, serialized,
stratified or duplicated into multiple distinct investment pool(s) or entities the identities of which is
presently unknown to Plaintiffs.  As a result, the non-judicial foreclosure initiated by defendant,
WACHOVIA, and commenced by defendant, CAL-WESTERN, without the original Promissory
Note in their possession, is void and in violation of statute and therefore cannot be the basis of a

**COMPLAINT FOR DECLARATORY RELIEF**
8

statutory non-judicial foreclosure pursuant to Civil Code §2924, et seq.

### THIRD CAUSE OF ACTON

**Cancellation of Instruments**
(As Against All Defendants)

32.    Plaintiffs hereby restate and replead the allegations contained in Paragraphs 1 through 8, inclusive, of the General Allegations, and Paragraphs 10 through 20, inclusive of the First Cause of Action, and Paragraphs 22 through 31, inclusive, of the Second Cause of Action, and incorporate same herein by reference as though set forth herein full and at length.

33.    The NOTICE OF TRUSTEE'S SALE, as preceded by the NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST, and each of these documents was preceded by a DEED OF TRUST and PROMISSORY NOTE referenced above, which were the product of multiple violations and statute and were derived through a process of predatory lending practices as alleged above.  All such documents, as the progeny of multiple violations of law is therefore void and unenforceable and as a consequence should be voided, cancelled and declared of no further force or effect as against the fee title to plaintiffs' real property.

### FOURTH CAUSE OF ACTION

**Quiet Title to Real Property**
(As Against all defendants)

34.    Plaintiffs hereby restate and replead the allegations contained in Paragraphs 1 through 8, inclusive, of the General Allegations, and Paragraphs 10 through 20, inclusive of the First Cause of Action, and Paragraphs 22 through 31, inclusive, of the Second Cause of Action, and Paragraphs 32 through 33, inclusive, of the Third Cause of Action and incorporate same herein by reference as though set forth herein full and at length.

35.    Plaintiffs are and have been seised of the "subject real property," hereinabove described, commonly known as 354 Crescent Avenue, Santa Maria, California 93455-5419, within five years preceding the filing of this complaint.

---

**COMPLAINT FOR DECLARATORY RELIEF**
9

36.    Any and all claims whatsoever, of defendants and each of them, asserting any right, title, interest or lien in the subject real property, which is adverse to Plaintiffs' fee title ownership interest, is without basis in law or fact, being the product of a defective, deceptive and void transaction, which resulted in legally defective loan documentation all of which is void and unenforceable at law or in equity.

## FIFTH CAUSE OF ACTION

### Accounting
(As Against All Defendants)

37.    Plaintiffs hereby restate and replead the allegations contained in Paragraphs 1 through 8, inclusive, of the General Allegations, and Paragraphs 10 through 20, inclusive of the First Cause of Action, and Paragraphs 22 through 31, inclusive, of the Second Cause of Action, and Paragraphs 32 through 33, inclusive of the Third Cause of Action, and Paragraphs 35 through 36, inclusive of the Fourth Cause of Action and incorporate same herein by reference as though set forth herein full and at length.

38.    Plaintiffs have previously requested from defendants WACHOVIA and CAL-WESTERN and have yet to receive from them a detailed accounting calculation and summary of the payoff balance they are demanding, including the unpaid principal balance, accrued interest, unpaid interest, daily interest charges and all other fees, costs or expenses comprising the payoff sum.

39.    Plaintiffs are legally entitled to such an accounting, yet defendants have refused to provide one in a timely manner in compliance with California Civil Code §2943.  Plaintiffs require said accounting in order to be fully apprised of the details of the payoff sum being demanded, and to thereby be able to assess the propriety of the payoff demand.

///
///
///
///
///

**COMPLAINT FOR DECLARATORY RELIEF**
10

## SIXTH CAUSE OF ACTION

### Injunctive Relief
(As Against All Defendants)

40.     Plaintiffs hereby restate and replead the allegations contained in Paragraphs 1 through 8, inclusive, of the General Allegations, and Paragraphs 10 through 20, inclusive of the First Cause of Action, and Paragraphs 22 through 31, inclusive, of the Second Cause of Action, and Paragraphs 32 through 33, inclusive of the Third Cause of Action, and Paragraphs 35 through 36, inclusive of the Fourth Cause of Action, and Paragraphs 38 through 39, inclusive of the Fifth Cause of Action, and incorporate same herein by reference as though set forth herein full and at length.

41.     Plaintiffs are the owners of a specific identifiable parcel of real property, "the subject real property," which is their family residence. Every parcel of real property, as a manner of law is unique and Plaintiffs' residence is such a parcel of real property.

42.     Defendants, WACHOVIA in conjunction with defendant CAL-WESTERN, are currently threatening to, and unless temporarily and permanently enjoined, will deprive Plaintiffs of the title to and ultimately the right of peaceful possession of their family residence, through the process of non-judicial foreclosure based on purported loan documents, which are void and unenforceable as having been obtained by defendants through the product of multiple violations of statute and predatory lending practices.

43.     Unless defendants are enjoyed from enforcing their void loan documents, Plaintiffs will suffer irreparable harm in the loss of their family residence. It is therefore appropriate that prior to that occurrence, defendants should be preliminarily enjoyed from any further actions to conclude a non-judicial foreclosure, or to assert a title interest in or attempt to obtain possession of the "subject real property," and upon a Plaintiffs' verdict in this action be permanently enjoined from all such actions.

///
///
///
///

**COMPLAINT FOR DECLARATORY RELIEF**
11

 

## SEVENTH CAUSE OF ACTION

### Damages
(As Against All Defendants)

44.    Plaintiffs hereby restate and replead the allegations contained in Paragraphs 1 through 8, inclusive, of the General Allegations, and Paragraphs 10 through 20, inclusive of the First Cause of Action, and Paragraphs 22 through 31, inclusive, of the Second Cause of Action, and Paragraphs 32 through 33, inclusive of the Third Cause of Action, and Paragraphs 35 through 36, inclusive of the Fourth Cause of Action, and Paragraphs 38 through 39, inclusive of the Fifth Cause of Action, and Paragraphs 41 through 43 of the Sixth Cause of Action, and incorporate same herein by reference as though set forth herein full and at length.

45.    As a consequence of the multiple violations of statute alleged hereinabove, coupled with the current non-judicial foreclosure activities currently being undertaken by defendants, and each of them, Plaintiffs allege that all such defendants, are jointly and severally, liable to Plaintiffs for damages suffered by them, including general damages, compensatory damages, damages for bad faith foreclosure for attempting to assert a right to foreclose non-judicially through the use of defective and voidable debt instruments, and for statutory damages as provided by law.

## PRAYER

WHEREFORE, Plaintiffs pray for judgment as follows:

1.    For judgment declaring the duties, rights and obligations of the parties to this action;

2.    For judgment voiding, cancelling and declaring null and void the Notice of Default and the Notice of Trustee's Sale recorded against Plaintiffs's real property;

3.    For judgment voiding, cancelling and nullifying the Trustee's Deed Upon Sale recorded against Plaintiffs' real property;

4.    For judgment voiding, cancelling and nullifying all documents recorded against the fee simple title to Plaintiffs' real property which the Court finds to be the product of violations of statute, inclusive of the Notice of Default, the Notice of Trustee's Sale, and the Deed of Trust and Promissory Note;

5.    For issuance of a temporary restraining order, preliminary injunction and permanent

---

1   injunction against defendants and each of them, enjoining all further attempts to
2   conduct a non-judicial foreclosure sale of Plaintiffs' real property;

3   6.   For judgment quieting title to Plaintiffs' real property as against any and all claims
4        asserted by defendants, and each of them;

5   7.   For an order requiring defendants to provide Plaintiffs with a full and detailed
6        accounting of any sum defendants claim is owed them by Plaintiffs;

7   8.   An award of damages according to proof at the time of trial;

8   9.   For an award of attorneys' fees, costs and expenses incurred by Plaintiffs in bringing
9        this lawsuit, and

10  10.  For such further, and/or different relief as the Court may deem just and proper.

12  Dated: January 30, 2009                    **JAMES CURTIS & ASSOCIATES**

15                                             JAMES CURTIS
                                               Attorney for Plaintiffs,
16                                             FREDDIE C. VISCARA, JR and
                                               EVANGELINA ASUNCION-VISCARA

---

**COMPLAINT FOR DECLARATORY RELIEF**
13

# EXHIBIT B

01-30-2009 08:01    SANDRA 909G2~~183                                    PAGE2

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)



**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; CAL-
WESTERN RECONVEYANCE CORPORATION and DOES 1 through 50,
inclusive,

**YOU ARE BEING SUED BY PLAINTIFFS:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
FREDDIE C. VISCARA, JR. and EVANGELINA ASUNCION-VISCARA

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY OF SANTA BARBARA

JAN 3 0 2009

GARY M. BLAIR, Executive Officer

BY _Ruth Rinker_
RUTH RINKER, Deputy Clerk

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a
copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the
court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more
information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse
nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may
lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an
attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services
program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California
Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito
en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por
escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted
pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de
California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no
puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta
su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un
servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios
legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de
California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California,
(www.courtinfo.ca.gov/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.

| | |
|---|---|
| The name and address of the court is:<br>(El nombre y dirección de la corte es):<br><br>Superior Court<br>County of Santa Barbara<br>312-C East Cook Street<br>Santa Maria, CA 93456-5369<br>Cook Division | CASE NUMBER:<br>(Número del Caso): **1274663**<br><br>BY FAX |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Jame E. Curtis, SBN: 140709        951-781-2700        951-848-9120
JAMES CURTIS & ASSOCIATES
7121 Magnolia Avenue
Riverside, CA 92504

| DATE: JAN 3 0 2009 | GARY M. BLAIR | Clerk, by | RUTH RINKER | , Deputy |
|---|---|---|---|---|
| (Fecha) | | (Secretario) | | (Adjunto) |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. January 1, 2004)

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com

01-30-2009 0 : 1   SANDRA 909620?483                                          PAGE3

CM-010

| | FOR COURT USE ONLY |
|---|---|

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
James E. Curtis SBN: 140709
JAMES CURTIS & ASSOCIATES
7121 Magnolia Avenue
Riverside, CA 92504
TELEPHONE NO.: 951-781-2700    FAX NO.: 951-848-9120
ATTORNEY FOR (Name): Plaintiffs, FREDDIE VISCARA and EVANGELINA VISCARA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
STREET ADDRESS: 312-C East Cook Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Santa Maria, California 92456-5369
BRANCH NAME: Cook Division

CASE NAME: VISCARA v. WACHOVIA, el al.

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY of SANTA BARBARA

JAN 3 0 2009

GARY M. BLAIR, Executive Officer
BY _Ruth Rinker_
RUTH RINKER, Deputy Clerk

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| ☒ Unlimited  ☐ Limited | ☐ Counter  ☐ Joinder | **1274663** |
| (Amount demanded exceeds $25,000) | (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) |

JUDGE:
DEPT.:

BY FAX

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | ☐ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☐ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☒ Business tort/unfair business practice (07) | ☒ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ Other complaint (not specified above) (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☐ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Other petition (not specified above) (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☐ monetary   b. ☒ nonmonetary; declaratory or injunctive relief   c. ☐ punitive

4. Number of causes of action (specify): SEVEN (7)

5. This case ☐ is ☒ is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: January 30, 2009

JAMES E. CURTIS
(TYPE OR PRINT NAME)          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

page 19

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

01-30-2009 0( 01    SANDRA 90962(" 183    PAGE4

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

To Plaintiffs and Others Filing First Papers. If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

To Parties in Rule 3.740 Collections Cases. A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

To Parties in Complex Cases. In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability (not asbestos or toxic/environmental) (24)
Medical Malpractice (45)
    Medical Malpractice— Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (not civil harassment) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice (not medical or legal)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36) Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)
    Contract/Warranty Breach—Seller Plaintiff (not fraud or negligence)
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage (not provisionally complex) (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property (not eminent domain, landlord/tenant, or foreclosure)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (arising from provisionally complex case type listed above) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment (non-domestic relations)
    Sister State Judgment
    Administrative Agency Award (not unpaid taxes)
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (not specified above) (42)
    Declaratory Relief Only
    Injunctive Relief Only (non-harassment)
    Mechanics Lien
    Other Commercial Complaint Case (non-tort/non-complex)
    Other Civil Complaint (non-tort/non-complex)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (not specified above) (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

CM-010 [Rev. July 1, 2007]    **CIVIL CASE COVER SHEET**    American LegalNet, Inc. www.FormsWorkflow.com

01-30-2009 08:15    SANDRA 9096207483                                    PAGE27

1   James Curtis, SBN: 140709
    **JAMES CURTIS & ASSOCIATES**
2   7121 Magnolia Avenue
    Riverside, CA 92504
3   Telephone: (951) 781-2700
    Facsimile: (951) 848-9120
4

5   Attorneys for Plaintiffs,
    FREDDIE C. VISCARA, JR. and EVANGELINA ASUNCION-VISCARA
6

7

8                  **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                          **COUNTY OF SANTA BARBARA**

10
    FREDDIE   C.   VISCARA,   JR  and  )    CASE NO: 1274663
11  EVANGELINA ASUNCION-VISCARA,      )
12                 Plaintiffs,        )    **NOTICE OF ACTION PENDING**
                                      )    (Lis Pendens)
13  vs.                               )
                                      )    **CCP §405.20**
14  WACHOVIA MORTGAGE, FSB; WORLD     )
15  SAVINGS BANK, FSB; CAL-WESTERN    )
    RECONVEYANCE  CORPORATION  and    )
16  DOES 1 through 50, inclusive,     )
                                      )
17                 Defendants.        )
                                      )
18  ───────────────────────────────────

19

20      NOTICE IS HEREBY GIVEN that the above-entitled action concerning and affecting real

21  property as hereinafter described was commenced on January 30, 2009, in the above named-court by

22  FREDDIE C. VISCARA, JR. and EVANGELINA ASUNCION-VISCARA against the defendants

23  above; said action is pending in Superior Court of California, County of Santa Barbara, Civil

24  Division.

25      This action affects the title to and right to possession of the real property situated in the, City

26  of Santa Maria, County of Santa Barbara, legally described as:

27      LEGAL DESCRIPTION:

28          Lot 31 of Tract 12012, Unit No. 1, in the County of Santa Barbara, State of

─────────────────────────────────────────
                    **NOTICE OF ACTION PENDING**
                              1

Exhibit B to Notice of Removal
page 21

1 | California, State of California, as per map recorded in Book 94, Pages 7, 8 and 9 of Maps, in the

2 | office of the County Recorder of said County.

3 |     EXCEPTING THEREFROM all oil, gas and hydrocarbon substances, minerals and oil and

4 | mineral rights in and under said land lying below a depth of 500 feet below the surface of said land,

5 | but without the right of entry upon said land, as reserved by Dolores Eames, et ux., in deed recorded

6 | in Bok 1949, Page 877 of Official Records.

7 |     PROPERTY ADDRESS: 354 Crescent Avenue, Santa Maria, California 93455-5419

8 |     ASSESSOR'S PARCEL NUMBER: 103-550-31

9 |

10 | Dated: January 30, 2009         **JAMES CURTIS & ASSOCIATES**

11 |

12 |

13 |                                     JAMES CURTIS
                                      Attorneys for Plaintiff(s)

14 |                                       FREDDIE C. VISCARA, JR. and
                                      EVANGELINA ASUNCION-VISCARA

15 |

16 | STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

17 |

18 |     On January 30, 2009, before me, Sandra Rivera, a notary public for the State of California,
personally appeared James E. Curtis, who proved to me on the basis of satisfactory evidence to be

19 | the person whose name is subscribed to the within instrument and acknowledged to me that he
executed the same in his authorized capacity, and that by his signature on the instrument the person,

20 | or entity upon behalf of which the person acted, executed the instrument.

21 |     I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

22 |     WITNESS my hand and official seal.

23 |

24 | Sandra Rivera

25 |

26 |

27 |

28 |

                                    SANDRA RIVERA
                                    Commission # 1635502
                                    Notary Public - California
                                    Los Angeles County
                                    My Comm. Expires Jan 6, 2010

**NOTICE OF ACTION PENDING**
2

07/16/2009    15:23    9518489120    JCASSOCIATES    PAGE    02

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
James Curtis SBN: 140709
James Curtis & Associates
11801 Pierce Street, 2nd Floor
Riverside, CA 92505
TELEPHONE NO.: (951) 781-2700    FAX NO. (Optional): (951) 848-9120
E-MAIL ADDRESS (Optional): jcurtis@jcurtislaw.com
ATTORNEY FOR (Name): Plaintiff, Freddie C. Viscara Jr., et al.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Barbara
STREET ADDRESS: 312-C East Cook Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Maria, CA 93456
BRANCH NAME: Cook Division

PLAINTIFF/PETITIONER: Freddie C. Viscara Jr., et al.

DEFENDANT/RESPONDENT: Wachovia, et al.

PROOF OF SERVICE OF SUMMONS

FOR COURT USE ONLY

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

APR - 9 2009

GARY M. BLAIR, Executive Officer
BY _Ruth Rinker_
RUTH RINKER, Deputy Clerk

CASE NUMBER:
1274663

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:
    a. [✓] summons
    b. [✓] complaint
    c. [ ] Alternative Dispute Resolution (ADR) package
    d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
    e. [ ] cross-complaint
    f. [✓] other *(specify documents):* Notice of Action Pending:

3.  a. Party served *(specify name of party as shown on documents served):*
       Cal-Western Reconveyance Corporation

    b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
       under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
       National Registered Agents, INC accepted by Laura Craig

4.  Address where the party was served:
    2875 Michelle Dr. STE 100, Irvine, CA 92606
5.  I served the party (check proper box)
    a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to
       receive service of process for the party (1) on (date):02/19/2009    (2) at (time): 12:13pm
    b. [ ] by substituted service. On (date):    at (time):    I left the documents listed in item 2 with or
       in the presence of (name and title or relationship to person indicated in item 3):

       (1) [ ]    (business) a person at least 18 years of age apparently in charge at the office or usual place of business
                  of the person to be served. I informed him or her of the general nature of the papers.
       (2) [ ]    (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual
                  place of abode of the party. I informed him or her of the general nature of the papers.
       (3) [ ]    (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing
                  address of the person to be served, other than a United States Postal Service post office box. I informed
                  him or her of the general nature of the papers.
       (4) [ ]    I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
                  at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
                  (date):    from (city):    or [ ] a declaration of mailing is attached.
       (5) [ ]    I attach a declaration of diligence stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Page 1 of 2
Code of Civil Procedure, § 417.10

Exhibit B to Notice of Removal
page 23

07/16/2009  15:23    9518489120              JCASSOCIATES                          PAGE  03

| PLAINTIFF/PETITIONER: Freddie C. Viscara Jr., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Wachovia, et al. | 1274663 |

5.  c. ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:

    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐  **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐  as an individual defendant.

  b. ☐  as the person sued under the fictitious name of *(specify)*:

  c. ☐  as occupant.

  d. ☑  On behalf of *(specify)*: Cal-Western Reconveyance Corporation

    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)          ☐ 415.46 (occupant)

                                ☐ other:

7.  **Person who served papers**

  a.  Name: Sandra Rivera

  b.  Address: P.O. Box 41643, Los Angeles, CA  90041-0643

  c.  Telephone number: (323) 255-7111

  d.  The fee for service was: $65.00

  e.  I am:

    (1) ☐  not a registered California process server.

    (2) ☐  exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑  a registered California process server:

      (i) ☐ owner  ☐ employee  ☑ independent contractor.

      (ii) Registration No.: 5951

      (iii) County: Los Angeles

8.  ☑  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐  I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 02-23-09

_____
        Sandra Rivera
  (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)         (SIGNATURE)

POS-010 [Rev. January 1, 2007]              **PROOF OF SERVICE OF SUMMONS**              Page 2 of 2

03/18/09  15:26 FAX                                              → ⌐ 9S SA              ☒002/002

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

**MAR 1 8 2009**

GARY M. BLAIR, Executive Officer

BY _Ruth Rinker_
RUTH RINKER, Deputy Clerk

1  WRIGHT, FINLAY & ZAK, LLP
   Robin Prema Wright, Esq., SBN 150984
2  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660 (Viscara/ Declaration of Non-Monetary Status)
3  Tel. (949) 477-5050; Fax (949) 477-9200

4
5  Attorneys for Defendant,
   CAL WESTERN RECONVEYANCE CORPORATION

6           SUPERIOR COURT OF THE STATE OF CALIFORNIA

7                     COUNTY OF SANTA BARBARA

8  FREDDIE C. VISCARA, JR. and            Case No.: 1274663
9  EVANGELINA ASUNCIONI-VISCARA,                                    **BY FAX**

10          Plaintiffs,               DECLARATION OF NON-MONETARY
                                      STATUS BY DEFENDANT CAL-
11    vs.                             WESTERN RECONVEYANCE
                                      CORPORATION
12 WACHOVIA MORTGAGE, FSB; WORLD
13 SAVINGS BANK, FSB; CAL-WESTERN
   RECONVEYANCE CORPORATION; and
14 DOES 1 through 50, inclusive,

15          Defendants.

16

17

18      I, Yvonne J. Wheeler, declare and state as follows:

19      1.      I am Asst. Vice President for Defendant, Cal-Western Reconveyance Corp.,

20 ("Cal-Western" or "Defendant") in the above-referenced action.  I have personal knowledge

21 of the facts set forth herein, and if called upon to do so, I would and could competently testify

22 thereto.

23      2.      On or about January 30, 2009, Plaintiffs, Freddie C. Viscara, Jr. and

24 Evangelina Asuncion-Viscara, ("Plaintiffs"), filed a Complaint in this Action ("Complaint")

25 for Declaratory Relief, Void, Cancel and Set Aside Notice of Trustee's Sale Under Deed of

26 Trust; Notice of Default and Election to Sell Under Deed of Trust; Cancellation of

27 Instruments; Quiet Title to Real Property; Accounting; Injunctive Relief and Damages.  The

28 Complaint arises out of a loan involving the borrower and the lender.  Cal-Western is simply

-1-

DECLARATION OF NON-MONETARY STATUS

1  the foreclosure trustee ("Trustee"), with the power to foreclose on the property that arises

2  from the Deed of Trust securing the loan.

3        3.      Based on my review of Plaintiff's Complaint, it is my reasonable belief that

4  Cal-Western has been named in this action solely in its capacity as Trustee, and not arising

5  out of any wrongful acts or omissions on its part in the performance of its duties as Trustee.

6  The basis for my reasonable knowledge or belief set forth above is that Cal-Western has not

7  been involved in any way with the property which is the subject of this lawsuit outside of its

8  capacity as Trustee, has no interest in the property, except to be named as the Trustee under

9  the deed of trust encumbering the property.

10       4.      I am not aware of any evidence produced to date by Plaintiff or the remaining

11  Defendants, or of any facts, documents, or testimony tending to suggest that Cal-Western

12  engaged in any misconduct in connection with the performance of its duties as Trustee.

13  Pursuant to Civil Code section 2924(b) the foreclosure trustee incurs no liability for reliance

14  in good faith on information provided in good faith by the beneficiary regarding the nature

15  and amount of the default under the secured obligation.  The Complaint makes no allegations

16  that Cal-Western failed to perform any of its duties as a Trustee,  nor have any of the

17  remaining Defendants filed a Cross-Complaint against Cal-Western alleging any defect in the

18  performance of its duties as trustee, either under the Deed of Trust, or the applicable statutes

19  set forth in *Civil Code* Section 2924, et seq.

20       5.      Given the foregoing facts, Cal-Western hereby agrees to be bound by

21  whatever non-monetary Order or Judgment this Court issues with regard to the Deed of Trust.

22

23       I declare under penalty of perjury under the laws of the State of California that the

24  foregoing is true and correct.

25  Executed this *17th* day of March, 2009, at El Cajon, California.

26

27                                    _____

28                                    Yvonne J. Wheeler, Declarant

-2-

DECLARATION OF NON-MONETARY STATUS

## PROOF OF SERVICE

1

2          I, Gretchen Grant, declare as follows:

3          I am employed in the County of Orange, State of California. I am over the age of

4   eighteen (18) and not a party to the within action. My business address is 4665 MacArthur

5   Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of
Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the

6   United States Postal Service. Such correspondence is deposited with the United States Postal
Service the same day in the ordinary course of business.

7          On March 18 2009, I served the within **DECLARATION OF NON-MONETARY**

8   **STATUS OF CAL-WESTERN RECONVEYANCE CORPORATION** on all interested

9   parties in this action as follows:

10  [X]    by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s)
addressed as follows:

11

12         James Curtis, Esq.
James Curtis & Associates

13         7121 Magnolia Avenue
Riverside, CA 92504

14         941-781-2700; Fax:  951-848-9120
**Attorneys for Plaintiffs Freddie C. Viscara, Jr. and Evangelina Asuncion-Viscara**

15

16  [X]    (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date
following ordinary business practices.

17  [ ]    (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200,
complied with California Rules of Court, Rule 2003, and no error was reported by the

18         machine.

19  [ ]    (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies
of thereof enclosed in a package designated by Federal Express with the delivery fees

20         provided for.

21  [x]    (State) I declare under penalty of perjury under the laws of the state of California that the
foregoing is true and correct.

22

23  [ ]    (Federal) I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

24         Executed on March 18, 2009, at Newport Beach, California.

25

26         _Gretchen Grant_
Gretchen Grant

27

28

1

PROOF OF SERVICE

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below I served a copy of the following document:

NOTICE OF REMOVAL BY DEFENDANT WORLD SAVINGS BANK, FSB, renamed and now known as WACHOVIA MORTGAGE, FSB, PURSUANT TO 28 U.S.C. §1441(b) & § 1331 [FEDERAL QUESTION]

Served Electronically via Court's CM/ECF System:
(Names of Parties Here)

**Served by Other Means:**

*Attorneys for Plaintiff:*                    *Attorneys for Cal-Western Reconveyance Corp.*

James Curtis, Esq.                         Robin P. Wright, Esq.
James Curtis & Associates              Wright, Finlay & Zak, LLP
7121 Magnolia Avenue                 4665 MacArthur Court, Suite 280
Riverside, CA  92504                    Newport Beach, CA 92660

☒    **BY MAIL:**   By placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on **August 14, 2009.**

_____Dorothy Pandy_____                    _____
(Type or Print Name)                              (Signature of Declarant)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV09- 5949 RGK (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

====================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>Freddie C. Viscara Jr. and Evangelina Asuncion-Viscara | DEFENDANTS<br>World Savings Bank, FSB, renamed and now known as Wachovia Mortgage,<br>FSB  l et al. |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing<br>yourself, provide same.)<br>James Curtis, Esq.<br>James Curtis & Associates   Tel: (951) 781-2700   Fax: (951) 848-9120<br>11801 Pierce Street, Suite 200, Riverside, CA 92205 | Attorneys (If Known)<br>Fred Hickman, Esq. (#124406); fhickman@afrct.com<br>Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP<br>199 S. Los Robles Avenue, Suite 600<br>Pasadena, CA 91101-2459   Tel: (626) 535-1900   Fax: (626) 577-7764 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☑ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ Unspecified

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. Sections 41, 1601 et seq. and 1637. TILA and other alleged lending violations and wrongful foreclosure

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☑ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | **REAL PROPERTY** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 220 Foreclosure | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 230 Rent Lease & Ejectment | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 240 Torts to Land | **IMMIGRATION** | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | ☐ 465 Other Immigration Actions | | |
| | ☐ 290 All Other Real Property | | | | |

FOR OFFICE USE ONLY:   Case Number: **CV09-5949**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX.  VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Wachovia Mortgage, FSB<br>Cal-Western Reconveyance Corp. | Nevada<br>San Diego County |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
      **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER):  _Fred Hickman_    Date August 14, 2009
FRED HICKMAN, ESQ.

   **Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document:

**CIVIL COVER SHEET**

Served Electronically via Court's CM/ECF System:
(Names of Parties Here)

**Served by Other Means:**

*Attorneys for Plaintiff:*              *Attorneys for Cal-Western Reconveyance Corp.*

James Curtis, Esq.                      Robin P. Wright, Esq.
James Curtis & Associates               Wright, Finlay & Zak, LLP
7121 Magnolia Avenue                    4665 MacArthur Court, Suite 280
Riverside, CA 92504                     Newport Beach, CA 92660

☒   **BY MAIL:**   By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **August 14, 2009.**

Dorothy Pandy
(Type or Print Name)                    (Signature of Declarant)