Submitted By:

Fred Hickman (# 124406)
fhickman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
      CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
V: (626) 535-1900; Fax: (626) 577-7764

Attorneys for Defendant,
WACHOVIA MORTGAGE, a division of Wells Fargo Bank, N.A. (formerly named WORLD SAVINGS BANK, FSB, then WACHOVIA MORTGAGE, FSB), erroneously named in this action as WORLD SAVINGS, INC. and WACHOVIA MORTGAGE CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FREDDIE C. VISCARA, JR and EVANGELINA ASUNCION-VISCARA,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; CAL-WESTERN RECONVEYANCE CORPORATION and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  CV09-5949 RGK (Ex)<br><br>[Hon. R Gary Klausner, Dist. Judge]<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL OF ENTIRE ACTION [RULE 41(b)] |

On June 8, 2010, this Court issued its *Civil Minutes – General*, ordering the entire action dismissed for lack of prosecution.

In accordance with that order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This action is dismissed, with prejudice, as to Defendant WACHOVIA MORTGAGE, a division of Wells Fargo Bank, N.A. (formerly named WORLD SAVINGS BANK, FSB, then WACHOVIA MORTGAGE, FSB), erroneously named in this action as WORLD SAVINGS, INC. and WACHOVIA MORTGAGE CORP. ("Wachovia").

2. Plaintiff Freddie C. Viscara shall take nothing from Defendant Wachovia.

3. Defendant Wachovia shall be entitled to recover its costs of suit.

Dated: JUL -9 2010 , 2010

The Hon. R. Gary Klausner
United States District Judge